UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAHIM MAYANG,

    Plaintiff,                                      Civil Action No. 17-CV-12447

vs.                                               HON. BERNARD A. FRIEDMAN

PAR GROUP, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

On November 14, 2018, the parties' mediator informed the Court that the parties have reached a settlement agreement, the terms of which are incorporated into this order. Accordingly,

IT IS ORDERED that the complaint is dismissed with prejudice and without costs. The Court retains jurisdiction for a period of sixty days from the date of this order to enforce all terms of the parties' settlement agreement.

                                                         s/Bernard A. Friedman
Dated: December 3, 2018              BERNARD A. FRIEDMAN
Detroit, Michigan                   SENIOR U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on December 3, 2018.

                                                         s/Johnetta M. Curry-Williams
                                                         Case Manager